| AO-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>Russell, Thomas B. | 2. Court or Organization<br>U.S. District Court<br>Western District of Kentucky | 3. Date of Report<br><br>9/14/94 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br><br>Active - Article III | 5. Report Type (check appropriate type)<br>X Nomination, Date 9/14/94<br>X Initial ___ Annual ___ Final | 6. Reporting Period<br>1/1/93 -<br>9/14/94 |
| 7. Chambers or Office Address<br>300 Broadway<br>P.O. Box 995<br>Paducah, KY 42002-0995 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___<br><br>Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

| Partner | Whitlow, Roberts, Houston & Russell |
|---|---|
| Partner | Old National Bank Building Partnership |
| Director | Kentucky Bar Foundation |
| Director & Vice President | Lawyers Mutual Insurance Co. of Kentucky |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE (No reportable agreements)

| | See Attached |
|---|---|
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|

☐ NONE (No reportable non-investment income)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1/1/93-12/31/93 | Whitlow, Roberts, Houston & Russell<br>Income from Practice of Law | $ 158,603.00 |
| 1/1/94-9/14/94 | Whitlow, Roberts, Houston & Russell<br>Income from Practice of Law | $ 90,377.50 |
| 1/1/93-9/14/94 | Old National Bank Building Partnership<br>Real Estate Partnership Income (Net Rent Income) | $ 994.00 |
| 1/1/93-8/31/94 | Paducah Board of Education<br>Spouse's Employment as a Teachers' Aide (S) | $ 13,315.60 |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Russell, Thomas B. | Date of Report<br>9/14/94 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Peoples First National Bank | See Attached | N |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
  N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Russell, Thomas B. | Date of Report<br>9/14/94 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code¹<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code²<br>(J-P) | (2)<br>Value<br>Method<br>Code³<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code²<br>(J-P) | (4)<br>Gain:<br>Code¹<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| ¹Checking Acct, Peoples First Nat'l Bank, | | | | | | | | | |
| ²Paducah KY (J) | | None | J | T | Exempt.............................. | | | | |
| ³Money Fund, Peoples First Nat'l Bnk, Paducah (J) | A | Int. | J | T | " | | | | |
| ⁴IRA, Peoples First Nat'l Bank, Paducah KY | A | Int. | J | T | " | | | | |
| ⁵IRA, Peoples First Nat'l Bank, Paducah KY (S) | A | Int. | J | T | " | | | | |
| ⁶IRA, PaineWebber Mutual Fund, Paducah KY | A | Div. | K | T | " | | | | |
| ⁷IRA, PaineWebber Mutual Fund, Paducah KY (S) | A | Div. | J | T | " | | | | |
| ⁸Profit Sharing Plan Peoples First Nat'l Bnk | | | | | | | | | |
| ⁹Paducah, KY<br>See VIII. | D | Int. | M | T | " | | | | |
| ¹⁰Office Bldg, 3 Parcels, 300 Broadway, Paducah, | | | | | | | | | |
| ¹¹McCracken Co., KY, Jointly Owned by | | | | | | | | | |
| ¹² Parties | A | Rent | N | R | " | | | | |
| ¹³Whitlow, Roberts, Houston & Russell Capital Acct. | | None | K | U | " | | | | |
| ¹⁴Savings Acct., Peoples First Nat'l Bank, | | | | | | | | | |
| ¹⁵Paducah KY (S) | A | Int. | J | T | " | | | | |
| ¹⁶Common Stock, Peoples First Corp, Paducah (J) | A | Div. | J | T | " | | | | |
| ¹⁷Savings Acct, Peoples First Nat'l Bank, | | | | | | | | | |
| ¹⁸Paducah KY (DC) | A | Int. | J | T | " | | | | |
| ¹⁹Cash Value Life Ins., Northwestern Mutual | | | | | | | | | |
| ²⁰Life Ins. Co., Paducah KY | | None | L | T | " | | | | |

| 1 Income/Gain Codes: | A=$1,000 or less | B=$15,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| (See Col. B1 & D4) | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| (See Col. C1 & D3) | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| (See Col. C2) | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

697

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Russell, Thomas B. | 9/14/94 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

VII. (8)   Income to profit sharing plan came from Whitlow, Roberts,

Houston & Russell Partnership contributions pursuant to plan and the

interest and investments of the plan.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature   *Thomas B. Russell*   Date   9-14-94

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google